# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **RONALD JAMES ST JULIEN #612311** | **CASE NO. 6:18-CV-00099 SEC P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **GOVERNMENT OF IBERIA PARISH** | **MAG. JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

IT IS ORDERED that plaintiff's civil rights complaint be DISMISSED WITH PREJUDICE in accordance with the provisions of 28 U.S.C. § 1915(e)(2).

THUS DONE AND SIGNED in Chambers on this 16th day of October, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE